BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
JUL 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURILLO GOMEZ VASQUEZ,<br><br>Defendant. | CASE NO. 1:10-MJ-00050<br><br>GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned UFAP (unlawful flight to avoid apprehension) matter for the following reason.

The defendant was apprehended in Mexico in 2011 and was extradited to the U.S. to face the underlying state murder charges.

Dated: July 3, 2014

BENJAMIN B. WAGNER
United States Attorney
By: /s/ Karen Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 3rd day of July, 2014.

_____
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE